**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6002**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

PHILIP KETTER,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:19-cr-00183-RJC-DCK-5)

Submitted:  May 18, 2023                                   Decided:  May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Philip Ketter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Ketter appeals the district court's order denying Ketter's Fed. R. Crim. P. 36 motion. We have conducted a de novo review of the record and find no reversible error. *See United States v. Vanderhorst*, 927 F.3d 824, 826 (4th Cir. 2019) (providing standard of review for Rule 36 motion). Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ketter*, No. 3:19-cr-00183-RJC-DCK-5 (W.D.N.C. Dec. 12, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*